Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>TRAVIS KERNAK,<br><br>   Defendant. | NO. 3:06-cr-0045-JDR<br><br>**ENTRY OF APPEARANCE** |

   Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant TRAVIS KERNAK in the above-captioned action.

   DATED this 7th day of June 2006.

          Respectfully submitted,

         s/Sue Ellen Tatter
         Assistant Federal Defender
         601 West Fifth Avenue, Suite 800
         Anchorage, AK 99501
         Phone:  907-646-3400
         Fax:   907-646-3480
         E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on June 7, 2006,
a copy of the **Entry of Appearance**
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter