Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVIS KERNAK,<br><br>　　　　　Defendant. | NO. 3:06-cr-0045-JDR<br><br>**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR TELEPHONICALLY AT CONTINUED ARRAIGNMENT**<br><br>*(Filed on Shortened Time)* |

　　　　　The defendant, TRAVIS KERNAK, through counsel, moves this court on shortened time to proceed with Mr. Kernak's continued arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. This motion is filed on shortened time because Mr. Kernak's arraignment is scheduled for June 27, 2006, at 9:30 a.m.

　　　　　Mr. Kernak resides in Kokhanok, Alaska.  Travel from Kokhanok to Anchorage requires at least one overnight stay.  At the current time, Mr. Kernak is indigent and cannot afford to purchase transportation from Kokhanok to Anchorage.  In order to

conserve economic resources, Mr. Kernak requests that he be allowed to appear telephonically for the continued arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure.

Assistant United States Attorney Bryan D. Schroder is unopposed to this request.

U.S. Probation Officer Paula McCormick is unopposed to this request.

DATED this 21st day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on June 21, 2006,
a copy of the *Unopposed Motion for Defendant to Appear Telephonically at Continued Arraignment* was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Paula McCormick
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter