UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0045-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| TRAVIS KERNAK, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion for Defendant to Appear Telephonically at Continued Arraignment, filed on shortened time, the motion is GRANTED. Travis Kernak may appear telephonically at his continued arraignment scheduled for Tuesday, June 27, 2006, at 9:30 a.m. Mr. Kernak is to call (907) _____ at 9:30 a.m. on June 27, 2006.

DATED this ____ day of June 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE