## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. TRAVIS KERNAK

Case No. **3-06-cr-00045-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Motion to Appear Telephonic for Arraignment, Docket No. 6

After due consideration of defendant's motion filed on shortened time to appear telephonically at his arraignment, the court GRANTS the motion <u>provided</u> the defendant files a written consent to permit his arraignment on the alleged misdemeanor information to occur without his physical appearance pursuant to F.R.Cr.P. 43(b)(2). The defendant's consent is to be executed prior to the scheduled arraignment. The original may be received by the court after the scheduled proceedings. Mr. Kernak is to call **(907)677-6231** at 9:30 a.m. on **June 27, 2006** to participate telephonically in his arraignment.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

June 21, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00045-JDR KERNAK @6 MO Re Mtn to Appear Telephonically.wpd