AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL RECEIVED**
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00045-JDR |
| TRAVIS KERNAK | ** Rory Start, U.S. Fish & Wildlife Officer 907-271-1967 to serve summons |

[SUM]MONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>June 27, 2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [XXX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 16 United States Code, Section(s) 3

Brief description of offense:
Unlawful Taking of Wildlife

Ida Romack, Clerk of Court
Signature of Issuing Officer

by  redacted signature   Deputy Clerk
Na[me]                   [Issui]ng Officer

June 14, 2006, Anchorage, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Dona Taylor - US Park Ranger - law enforcement   Date 6/20/2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at by Park Ranger Dona Taylor

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 6/22/2006   Randy M Johnson
Date   Name of United States Marshal

Scott Taylor
(by) Deputy United States Marshal
Special Agent
National Park Service.

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.