```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA

U.S.A. vs.  TRAVIS KERNAK              CASE NO. 3:06-cr-00045-JDR
Defendant: X Present-Telephonic X On Summons

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           TODD MIKOLOP

DEFENDANT'S ATTORNEY:              SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON MISDEMEANOR INFORMATION
             HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:30 a.m. court convened.
```

Court and counsel heard re consent to proceed telephonically. Defendant to sign and mail consent back.

X Copy of Information previously given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X PLEA: Not guilty to count 1 of the Information.

X Bond set at Own Recognizance.

X Pretrial motions due **July 17, 2006**    ; Order of Progression Of a Criminal Case **FILED**.

X OTHER: Defense counsel to mail Personal Recognizance Order and Order Setting Conditions of Release to the defendant for signature and file with the court.

At 9:55 a.m. court adjourned.

DATE:   June 27, 2006          DEPUTY CLERK'S INITIALS: rc