Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVIS KERNAK,<br><br>　　　　　Defendant. | NO. 3:06-cr-0045-JDR<br><br>**NOTICE OF FILING** |

　　　　The defendant, Travis Kernak, through counsel, hereby files the following attached court documents, which have been signed by the defendant:

- Personal Recognizance Order;

- Consent to Proceed Telephonically;

- Consent to Proceed Before United States Magistrate Judge In A Misdemeanor Case; and,

- Order Setting Conditions of Release.

DATED this 11th day of July 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	sue_ellen_tatter@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the **_Notice of Filing_**
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter