MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA                    vs.   TRAVIS KERNAK

THE HONORABLE JOHN D. ROBERTS       CASE NO.   3:06-CR-00045-JDR

Deputy Clerk

   Dan Maus

PROCEEDINGS:   ORDER FROM CHAMBERS [CRIMINAL TRIAL BY COURT]

      The above matter is hereby set for trial by court on Monday, August 21, 2006, at 9:30 a.m. before Magistrate Judge John D. Roberts at Anchorage, Alaska. Counsel are expected to have pre-trial matters resolved no later than seven (7) days before trial. Any unresolved pre-trial matters shall be called to Magistrate Judge Roberts attention by the applicant no later than seven (7) days prior to trial.

      The defendant(s) shall file any notice of intent to change plea by close of business August 17, 2006 and shall immediately notify this court's case management clerk at (907)677-6123.

DATED:   July 7, 2006        DEPUTY CLERK'S INITIALS:    dm