Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>          Defendant. | Case No. 3:06-cr-0045-JDR<br><br>**NOTICE OF**<br>**INTENT TO CHANGE PLEA** |

The defendant, Travis Kernak, through counsel, hereby notifies the court of his intent to change his plea in the above-styled case.

The defendant requests telephonic plea under Crim. R. 43, because he lives in a remote area of Alaska, near Lake Clark.

There may be an agreement between the defense and the government, but it is not finalized yet.

Mr. Kernak requests that the court vacate the trial scheduled for Monday, August 21, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.

DATED this 14th day of August, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:

I certify that on August 14, 2006,
a copy of the foregoing document
was served electronically on:

Bryan Schroder, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter