Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>Defendant. | NO. 3:06-cr-0045-JDR<br><br>**MOTION FOR TRANSPORTATION FROM KOKHANOK , ALASKA TO ANCHORAGE, ALASKA** |

The defendant, TRAVIS KERNAK, through counsel, hereby requests that this court issue an order directing the United States Marshals to provide non-custodial transportation for the defendant from Kokhanok, Alaska to arrive in Anchorage, Alaska on Wednesday, November 1, 2006, in time for his Change of Plea and Sentencing Hearing scheduled for November 2, 2006, at 9:30 a.m.

The defendant is indigent and has no available funds for transportation. This request is made pursuant to 18 U.S.C. § 4285.

DATED this 25th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	sue_ellen_tatter@fd.org

Certification:
I certify that on October 25, 2006,
a copy of the **Motion for Transportation from Kokhanok , Alaska to Anchorage, Alaska** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Paula McCormick
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter