UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0045-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| TRAVIS KERNAK, | |
| Defendant. | |

After due consideration of the Motion for Transportation From Kokhanok, Alaska to Anchorage, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for defendant Travis Kernak from Kokhanok, Alaska to arrive in Anchorage, Alaska on November 1, 2006, in sufficient time to attend his Change of Plea and Sentencing Hearing scheduled for November 2, 2006, at 9:30 a.m.

DATED this ____ day of October 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE