NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907)271-5071
Fax: (907)271-1500
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-CR-00045-JDR |
| ) | |
| Plaintiff, ) | **NOTICE OF FILING** |
| ) | **CORRECT DOCUMENT** |
| vs. ) | |
| ) | |
| TRAVIS KERNAK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    COMES NOW the United States Attorney's Office, by and through counsel and files this notice of filing the correct Government's Sentencing Memorandum in the above captioned case.

RESPECTFULLY SUBMITTED this <u>27th</u> day of October, 2006, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>s/Bryan Schroder</u>
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, Alaska 99513-7567
        Tel.: (907)271-5071
        Fax: (907)-271-1500
        Email: <u>bryan.schroder@usdoj.gov</u>
        Bar #: WA 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006,
a copy of the foregoing, was served,
via Electronic Filing, on:

**Sue Ellen Tatter,**

<u>s/Bryan Schroder</u>