Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>    Defendant. | NO. 3:06-cr-0045-JDR<br><br>**MOTION ON SHORTENED TIME FOR TRANSPORTATION FROM ANCHORAGE, ALASKA TO KOKHANOK , ALASKA** |

The defendant, TRAVIS KERNAK, through counsel, hereby requests that this court issue an order directing the United States Marshals to provide non-custodial transportation for the defendant from Anchorage, Alaska to his home in Kokhanok, Alaska following his Change of Plea and Sentencing Hearing scheduled for November 2, 2006, at 9:30 a.m.

The defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285.

DATED this 1st day of November 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on November 1, 2006,
a copy of the ***Motion on Shortened Time for Transportation from Anchorage, Alaska to Kokhanok, Alaska*** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Paula McCormick
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter