UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>Defendant. | NO. 3:06-cr-0045-JDR<br><br>~~PROPOSED~~ ORDER |

After due consideration of the Motion for Transportation From Anchorage, Alaska to Kokhanok, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for defendant Travis Kernak from Anchorage, Alaska to his home in Kokhanok, Alaska following his Change of Plea and Sentencing Hearing scheduled for November 2, 2006, at 9:30 a.m.

DATED this 2nd day of November 2006.

SIGNATURE REDACTED
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE