MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   TRAVIS KERNAK          CASE NO. 3:06-CR-00045-JDR
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER

U.S.P.O.:                    PAULA MCCORMICK / TIM ASTLE

PROCEEDINGS: CONTINUED PROPOSED CHANGE OF PLEA/IMPOSITION OF
             SENTENCE HELD 11/02/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

Defendant sworn.

Defendant stated true name:      TRAVIS KERNAK

Defendant advised of general rights, charges and penalties.

Defendant changed plea to guilty to count 1 of the Information.

Jean Marie Epping sworn and testified on behalf of the plaintiff.

Plaintiff's exhibit 1 **IDENTIFIED.**

Kenneth Douglas Day sworn and testified on behalf of the plaintiff.

Court and counsel heard re defendant's Petition to Enter Plea of Guilty and sentencing recommendations.

Petition to Enter Plea of Guilty **FILED.**

At 10:44 a.m. court recessed.
At 10:53 a.m. court reconvened.

Defendant placed on probation for a period of 1 year under the usual terms and conditions with special conditions of probation as stated in the judgment.

Special Assessment of $10 due immediately.

Defendant to self surrender as directed by the probation officer.

Court advised defendant of appeal rights.

Court and counsel heard re defendant's oral motion for transport order **GRANTED.** Order signed; copy given to U.S. Marshal's office.

Exhibit retained by counsel.

Payment coupon mailed to the defendant.

At 11:11 a.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

DATE:    November 2, 2006        DEPUTY CLERK'S INITIALS:    SCL