Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>        Defendant. | NO. 3:06-cr-0045-JDR<br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that defendant Travis Kernak appeals to the United States District Court from the

      ( )    conviction only (Fed. R. App. P. 4(b)(1)(A)).

      ( )    conviction and sentence.

      (X)    sentence only (18 U.S.C. § 3742).

      ( )    order of restitution entered in this action.

      The sentence imposed was one year probation, with a special condition that defendant serve 30 days of incarceration, and a $10 special assessment.

DATED this 7th day of November, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on November 7, 2006,
a copy of the foregoing document
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter