USDC Form #28 (Rev. 1989)

RECEIVED

NOV 0 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-00045 JDR Criminal |
| *Travis Kernak* | ) | |
| Defendant | ) | PETITION TO ENTER PLEA OF GUILTY |
| | ) | |

The defendant states to the court that the defendant wants to enter a plea of **GUILTY** to the following counts of the Information: __I__

_____.

In connection with that plea of **GUILTY**, I inform the court that my answers to the following questions are true:

1.  What is your name? _Travis Kernak_

2.  What is your age? _21_

3.  How much education have you had? _graduated high school_

_____

_____

4.  Have you ever been under the care of a doctor or in a hospital for addiction?     Yes_____     No__✓__

   If so, when and where?_____

_____

_____

_____

_____

5.  Have you ever been under the care of a doctor or in a hospital for a
    mental or emotional condition?  Yes_____    No___✓_____

    If so, when and where?_____

    _____

    _____

6.  If an attorney is now representing you in this case, what is his/her
    name?____Sue Ellen Tatter_____

7.  If you have an attorney, have you had enough time to talk with him/her
    about your case?   Yes____✓_____    No_____

8.  If you have an attorney, have you told him/her everything you know
    about you case?   Yes____✓_____    No_____

9.  If you have an attorney, are you satisfied with the job he/she has
    done for you?   Yes____✓_____    No_____

10. If you have any objections to the way in which the attorney has
    represented you, what has he/she done wrong or what has he/she not
    done?_____0_____

    _____

    _____

11. Do you understand the charges against you?   Yes_____    No_____

12. Do you understand that you have a right to plead NOT GUILTY to every
    charge filed against you?   Yes____✓_____    No_____

13. Do you understand that you have the right to remain silent at all
    times?  That no one can require or compel you to testify or to make
    any statements if you do not wish to do so?  That anything said by you
    can be used as evidence against you in court?

    Yes____✓_____    No_____

2

14. Do you understand that if you plead NOT GUILTY you have a right to a speedy and public trial before a judge and an impartial jury?

Yes_____✓_____    No_____

15. Do you understand that if you plead NOT GUILTY you have the right to see, hear and cross-examine all witnesses called to testify against you?    Yes_____✓_____    No_____

16. Do you understand that if you plead NOT GUILTY you have a right to use the subpoena power of the court to get the attendance of any witnesses on your behalf, whether they want to come or not?

Yes_____✓_____    No_____

17. Do you understand that if you plead NOT GUILTY you have the right to have the help of a lawyer at all stages of the proceedings, even if you cannot afford to pay a lawyer and that a lawyer will be appointed to represent you if you cannot afford to employ one?

Yes_____✓_____    No_____

18. Do you understand that if you plead NOT GUILTY you have the right to take the witness stand or not to take the witness stand, as you choose, and that you cannot be required to take the witness stand?

Yes_____✓_____    No_____

19. Do you understand that if you plead NOT GUILTY and that if you do not take the witness stand, the jury (fact finder) cannot take that as evidence against you?    Yes_____    No_____

20. Do you understand that if you plead NOT GUILTY you will be presumed to be innocent until the United States has proven you guilty beyond a reasonable doubt?    Yes_____✓_____    No_____

21. Do you understand that if you plead NOT GUILTY and if the United

3

States does not prove you guilty, beyond a reasonable doubt, you cannot be found guilty?    Yes_____ ✓    No_____

22.  Do you know that if you plead GUILTY you will be found guilty without a trial and you will have given up all the rights mentioned in Questions 13 to 20?    Yes_____ ✓    No_____

23.  Do you realize that if you plead GUILTY the court may impose the same punishment as if you had pled NOT GUILTY and had been convicted by a jury?    Yes_____ ✓    No_____

24.  Do you understand that, regardless of anything that may have been said to you by anyone else, it is the judge's duty and responsibility to impose sentence and that the judge alone makes the final determination as to the sentence, penalty, order or judgment to be imposed?    Yes_____ ✓    No_____

25.  What is the maximum punishment which the law provides for the offense or offenses to which you want to plead GUILTY?____1 year_____

_____

26.  Is there a mandatory minimum sentence applicable to the offense or offenses to which you want to plead GUILTY?
     Yes_____    No_____ ✓

27.  Are you on probation or parole in this or any other court?
     Yes_____    No_____ ✓    If so, do you know that by pleading GUILTY here your probation or parole may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?    Yes_____    No_____

28.  Was any threat of any kind made by anyone that causes you to plead GUILTY?    Yes_____    No_____ ✓

4

29. Are you making the plea of GUILTY because you are afraid to plead NOT

GUILTY or because of any pressure by anyone?

Yes____✓____    No_____    ( I am afraid to go to
jail )

30. Has any plea agreement been made by you with anyone which causes you

to plead GUILTY?    Yes____✓____    No_____

(a) If so, exactly what is that agreement, as you understand if?_____

The prosecutor will recommend a
fine of $2600, restitution of $2600
and no jail.

_____

(b) What are your reasons for making that agreement? I would like
to pursue a career and work in construction or crab
fishing. I can work. But I don't want to go to jail.

(c) If there is a plea agreement that a specific sentence will be

imposed for which the Sentencing Commission Guidelines apply (Federal

Rules of Criminal Procedure 11(e)(1)(c)) and the agreed-upon sentence

includes a prison term, do you understand that parole has been

abolished, and that if you are sentenced in accordance with your plea

agreement you will not be released on parole?

Yes_____    No_____    N. A.

31. Has any promise been made by anyone which causes you to plead GUILTY,

aside from the promises, if any, set out in your answer to Question

30?    Yes____✓____    No_____    The DA will not recommend
jail.

32. Has anyone suggested to you that you will receive a lighter sentence

if you plead GUILTY?    Yes____✓____    No_____    If so, who made

the suggestion and exactly what was suggested? My attorney said that the guidelines give credit for accepting responsibility.

33. Has the judge made any suggestion as to what the actual sentence will be?  Yes_____  No____✓____  If so, what is you understanding of what he/she has said?_____

_____

_____

34. Are you under the influence of any alcohol or drug now? Yes___~~✗~~___  No____✓____

35. Exactly what drugs, medicines or pills have you taken within the last seven (7) days? Dayquil for a cold, Tylenol.

36. What acts did you do which cause you to think that you are guilty of the charge or charges to which you now want to plead GUILTY?_____
I went 4 wheeling with my friends. They brought me behind a mountain. It was my first time there. We saw some bear. I shot 2. It was getting late. We did not take meat or hide. We didn't have a knife.

(If additional space is needed, please use the reverse of this page)

37. Are you pleading GUILTY for any reason other than the fact that you

are guilty?   Yes_____   No_____✓____   If so, what other

reason?_____

_____

38.   Is there any other information or advice that you want before you

enter a plea?   Yes_____   No___✓_____

39.   (a) Have you made any statement to any law enforcement officer or

anyone else in which you admitted the crime or any part of the crime

to which you want to plead GUILTY?   Yes_____✓_____   No_____

(b) If so, would you choose to plead GUILTY even if you knew that the

statement could not be used against you?   Yes_____✓____   No_____

40.   Has your attorney gone over all these questions and your answers to

them?   Yes_____✓_____   No_____

41.   Do you understand all these questions?   Yes_____✓_____   No_____

If not, which ones do you not understand?_____

_____

42.   Do you now want to plead GUILTY?   Yes_____✓_____   No_____

43.   Is this decision to plead GUILTY your decision?

Yes_____✓_____   No_____

44.   Do you now request the court to accept your plea of GUILTY?

Yes_____✓_____   No_____


Signed by me in the presence of my attorney this__29th__day of

_____August_____. 2006 .

_____Travis Kernak_____
                              Defendant

Witnessed___SueEllen Tatter_____
              Counsel for defendant

(counsel read these questions to Mr. Kernak
and he responded orally -)

7

## CERTIFICATE OF COUNSEL

I, counsel for the defendant, _Sue Ellen Tatter_,

hereby certify that:

1. I have read and fully explained to the defendant the allegations contained in the information in this case.

2. To the best of my knowledge and belief the statements, representations and declarations made by the defendant in the foregoing petition are in all respects accurate and true.

3. I ___(have)___ have not explained the maximum penalty for each count to the defendant, and the application of the Speedy Trial Act, 18 U.S.C., Section 3161 et seq to this case. In addition I have talked with the defendant about how the Sentencing Commission guidelines might apply to this case.

4. The plea of GUILTY offered by the defendant to Count(s) _I_ _____accords with my understanding of the facts the defendant has related to me and is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant, this __30th__ day of __August__, ~~19~~ _2006_.

_Sue Ellen Ta_____
Counsel for Defendant

8

## ORDER

The Court, having addressed the defendant personally, finds and determines that the defendant's plea(s) of GUILTY to Counts _one_ _____of the Information was made freely, voluntarily, knowingly, intelligently, with full understanding of the nature of the charge and the consequences of the plea, and solely for the reason that defendant is guilty of the offense(s) to which he/~~she~~ has pled; that the plea was not made or entered through ignorance, fear, inadvertence, coercion, or for any other reason whatsoever. The court further finds and determines that the defendant has admitted under oath the essential elements of the crime(s) charged and the court determines and is satisfied that there is a factual basis for the plea(s).

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as prayed for in the petition and as recommended in the certificate of his/her lawyer.

Done in open court this _2nd_ day of _November_ , _2006_

**REDACTED SIGNATURE**
_____
U.S. Magistrate Judge

9