(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:06-cr-00045-JDR   Magistrate Judge/~~Judge~~: John D. Roberts

Title  U.S.A.

vs.  Travis Kernak

Dates of Hearing/~~Trial~~: November 2, 2006

Deputy Clerk/Recorder: S. Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | Sue Ellen Tatter |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ |  | Map |  |  |  |  |
|  |  |  |  |  |  |  |  |