Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>TRAVIS KERNAK,<br><br>   Defendant. | NO. 3:06-cr-0045-JDR<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that defendant Travis Kernak appeals to the United States District Court from the

   ( ) conviction only (Fed. R. App. P. 4(b)(1)(A)).

   ( ) conviction and sentence.

   (X) sentence only (18 U.S.C. § 3742).

   ( ) order of restitution entered in this action.

  The sentence imposed was one year probation, with a special condition that defendant serve 30 days of incarceration, and a $10 special assessment.

DATED this 13th day of November 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on November 13, 2006,
a copy of the foregoing document
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter