UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # 3:06-cr-0045JDR

Short Case Title   U.S. v. Travis Kernak

Date Notice of Appeal Filed by Clerk of District Court   November 13, 2006

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 11/02/2006 | EKS | Change of Plea |
| 11/02/2006 | EKS | Imposition of Sentence |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   11/22/2006         Estimated Date for Completion   01/04/2007

Signature of Attorney   _Sue Ellen Tatter_         Phone Number   646-3400

Address   Sue Ellen Tatter, Assistant Federal Defender
          550 West 7th Avenue, Suite 1600
          Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
     (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____ Court Reporter's Signature _____