RECEIVED

GENERAL DOCKET FOR
Ninth Circuit Court of Appeals

DEC 0 4 2006

CLERK, U.S. ~~~~~~~~ COURT
ANCHORAGE, ALASKA

Filed: 11/22/06

Court of Appeals Docket #: 06-30609
Nsuit:      0
USA v. Kernak
Appeal from: District of Alaska (Anchorage)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) criminal
     2) Sentence
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 097X-3 : CR-06-00045-a-JDR
     presiding judge: John D. Roberts, Magistrate
     Date Filed: 5/2/06
     Date order/judgment: 11/8/06
     Date NOA filed: 11/13/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Proceedings include all events.
06-30609 USA v. Kernak

UNITED STATES OF AMERICA

           Plaintiff - Appellee


  v.

TRAVIS KERNAK

           Defendant - Appellant

Proceedings include all events.
06-30609 USA v. Kernak

11/22/06          DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. Filed in
                  D.C. on 11/17/06; setting schedule as follows: transcript
                  shall be ordered by 12/4/06 for Travis Kernak; transcript
                  shall be filed by 1/4/07; appellants' briefs, excerpts due
                  by 2/13/07 for Travis Kernak; appellees' brief due 3/15/07
                  for USA; appellants' reply brief due by 3/29/07 for Travis
                  Kernak. ( RT required: y) ( Sentence imp 1 year Probation)
                  [06-30609] (ba)

11/30/06          Terminated Case: Opened in Error (Appeal sent to the 9th
                  Circuit in error pursuant to the district court).
                  [06-30609] (hh)



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 3 0 2006

by
Deputy Clerk

Docket as of November 30, 2006 11:59 am                    Page 4