Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVIS KERNAK,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0045-RRB<br><br>**NOTICE OF DISMISSAL OF APPEAL** |

　　　　Now comes the attorney for the defendant/appellant Travis Kernak and hereby notices the dismissal of the defendant's appeal.  This notice is due to the death of the defendant.

　　　　DATED this 28th day of December, 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK  99501
　　　　　　　　　　Phone:     907-646-3400
　　　　　　　　　　Fax:       907-646-3480
　　　　　　　　　　E-Mail:    sue_ellen_tatter@fd.org

<u>Certification</u>:

I certify that on December 28, 2006,
a copy of this document was
served electronically on:

Bryan Schroder, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter