Probation Form No. 35
(1/92)

Report and Order Terminating Probation
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.  Case No. 3:06-CR-00045-01-JDR

Travis Kernak

On November 2, 2006, the above-named was placed on probation for a period of one year. It was reported to the probation officer that the defendant died on or about December 23, 2006. It is accordingly recommended that the probation case of Travis Kernak be closed.

Respectfully submitted,

**REDACTED SIGNATURE**
Charlene Wortman
U.S. Probation Officer

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 21st day of March, 2007.

**REDACTED SIGNATURE**
John D. Roberts
U.S. Magistrate Judge

[Stamp: RECEIVED MAR 2 2 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.]